**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

SOUTHERN DISTRICT OF FLORIDA

Case number *(if known)* _____ Chapter __11__

☐ Check if this an amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy
**4/16**

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | | |
|---|---|---|---|
| 1. | **Debtor's name** | **BSD of Miami Gardens, LLC.** | |
| 2. | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **46-5249050** | |
| 4. | **Debtor's address** | **Principal place of business** | **Mailing address, if different from principal place of business** |
| | | **17300 NW 7 Ave** **Miami, FL 33169** Number, Street, City, State & ZIP Code | **299 Hewes Street** **Brooklyn, NY 11211** P.O. Box, Number, Street, City, State & ZIP Code |
| | | **Miami-Dade** County | **Location of principal assets, if different from principal place of business** |
| | | | Number, Street, City, State & ZIP Code |
| 5. | **Debtor's website** (URL) | | |
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) ☐ Partnership (excluding LLP) ☐ Other. Specify: _____ | |

Debtor    **BSD of Miami Gardens, LLC.**                              Case number (*if known*) _____
          Name

**7.** **Describe debtor's business**    A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

■ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☐ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
   See http://www.uscourts.gov/four-digit-national-association-naics-codes.

   _____

**8.** **Under which chapter of the Bankruptcy Code is the debtor filing?**    *Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check all that apply*:

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.** **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**    ■ No.
                                                     ☐ Yes.

If more than 2 cases, attach a separate list.

|        | District | When | Case number |
|--------|----------|------|-------------|
| District | _____ | When _____ | Case number _____ |
| District | _____ | When _____ | Case number _____ |

**10.** **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**    ■ No
                                                     ☐ Yes.

List all cases. If more than 1, attach a separate list

| Debtor | _____ | Relationship _____ |
|--------|--------|----------------------|
| District | _____ | When _____ | Case number, if known _____ |

| Debtor | **BSD of Miami Gardens, LLC.** | Case number (*if known*) |
|---|---|---|
| | Name | |

**11. Why is the case filed in this district?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

   What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____

   Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.  Insurance agency _____

   Contact name _____

   Phone _____

---

**■ Statistical and administrative information**

**13. Debtor's estimation of available funds**   .   *Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ■ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor  **BSD of Miami Gardens, LLC.**                                              Case number (*if known*) _____
_____
Name

| | **Request for Relief, Declaration, and Signatures** |

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **June 22, 2016**
                      MM / DD / YYYY

**X** */s/ Moris Schlager*                                          **Moris Schlager**
_____         _____
Signature of authorized representative of debtor                 Printed name

Title   **Managing Member**
_____

**18. Signature of attorney**

**X** */s/ Scott Alan Orth*                                        Date  **June 22, 2016**
_____                         MM / DD / YYYY
Signature of attorney for debtor

**Scott Alan Orth**
_____
Printed name

**Law Offices of Scott Alan Orth, P.A.**
_____
Firm name

**3860 Sheridan Street. Suite A**
**Hollywood, FL 33021**
_____
Number, Street, City, State & ZIP Code

Contact phone   **305-757-3300**          Email address   **scott@orthlawoffice.com**

**436313**
_____
Bar number and State

**Fill in this information to identify the case:**

Debtor name   **BSD of Miami Gardens, LLC.**

United States Bankruptcy Court for the:   SOUTHERN DISTRICT OF FLORIDA

Case number (if known) _____

☐ Check if this is an
   amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐   *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐   *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐   *Schedule H: Codebtors* (Official Form 206H)
☐   *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐   Amended *Schedule*
☒   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐   Other document that requires a declaration   _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **June 22, 2016**       **X /s/ Moris Schlager**
                             Signature of individual signing on behalf of debtor

                             **Moris Schlager**
                             Printed name

                             **Managing Member**
                             Position or relationship to debtor

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | **BSD of Miami Gardens, LLC.** |
| United States Bankruptcy Court for the: | **SOUTHERN DISTRICT OF FLORIDA** |
| Case number (if known): | |

☐ Check if this is an

amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim *If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim.* | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **City of Miami Gardens 18605 NW 27th Avenue Opa Locka, FL 33056** | | **Code violation / lien** | | | | $119,310.00 |
| **City of Miami Gardens 18605 NW 27th Avenue Opa Locka, FL 33056** | | **Code violation / lien** | | | | $7,810.00 |
| **City of Miami Gardens 18605 NW 27th Avenue Opa Locka, FL 33056** | | **Code violation / lien** | | | | $7,560.00 |
| **City of Miami Gardens 18605 NW 27th Avenue Opa Locka, FL 33056** | | **Code violation / lien** | | | | $7,560.00 |
| **City of Miami Gardens 18605 NW 27th Avenue Opa Locka, FL 33056** | | **Code violation / lien** | | | | $560.00 |
| **City of Miami Gardens 18605 NW 27th Avenue Opa Locka, FL 33056** | | **Code violation / lien** | | | | $560.00 |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                                                                    Best Case Bankruptcy

| Debtor | BSD of Miami Gardens, LLC. | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| City of Miami Gardens 18605 NW 27th Avenue Opa Locka, FL 33056 | | Code violation / lien | | | | $310.00 |
| City of Miami Gardens 18605 NW 27th Avenue Opa Locka, FL 33056 | | Code violation / lien | | | | $310.00 |
| City of Miami Gardens 18605 NW 27th Avenue Opa Locka, FL 33056 | | Code violation / lien | | | | $310.00 |
| City of Miami Gardens, Building & Code 1515 NW 167 Street Bldg 4, Suite 200 Miami, FL 33169 | | Code violation / lien | | | | $1,013.22 |
| City of North Miami Beach 17011 NE 19 Avenue Miami, FL 33162 | | Code violation / lien | | | | $4,474.49 |
| City of North Miami Beach 17011 NE 19 Avenue Miami, FL 33162 | | Code violation / lien | | | | $2,495.84 |
| Miami Gardens Partners LLC c/o Belleh Law Group, PLLC 1801 NE 123 Street, Suite 409 Miami, FL 33181 | 17300 NW 7 Avenue, Miami Gardens, Florida | Contingent Unliquidated Disputed | $3,238,060.34 | $0.00 | $3,238,060.34 |
| Moris Schlager 299 Hewes Street Brooklyn, NY 11211 | | | Contingent | | | $0.00 |
| Yaniv Nakash 1002 NE 176 Terrace Miami, FL 33162 | | | Contingent Unliquidated Disputed | | | $0.00 |

City of Miami Gardens
18605 NW 27th Avenue
Opa Locka, FL 33056


City of Miami Gardens, Building & Code
1515 NW 167 Street
Bldg 4, Suite 200
Miami, FL 33169


City of North Miami Beach
17011 NE 19 Avenue
Miami, FL 33162


Cornerstone Acquisitions LLC
1205 Lincoln Road, Suite 216
Miami Beach, FL 33139


Miami Gardens Partners LLC
c/o Belleh Law Group, PLLC
1801 NE 123 Street, Suite 409
Miami, FL 33181


Moris Schlager
299 Hewes Street
Brooklyn, NY 11211


Shahar Levi
c/o Rundle Law
3339 Virginia Street #130
Miami, FL 33133


Yaniv Nakash
1002 NE 176 Terrace
Miami, FL 33162

## United States Bankruptcy Court
### Southern District of Florida

In re  BSD of Miami Gardens, LLC. _____    Case No. _____
                                     Debtor(s)              Chapter    11

## STATEMENT REGARDING AUTHORITY TO SIGN AND FILE PETITION

I, Moris Schlager, declare under penalty of perjury that I am the Managing Member of BSD of Miami Gardens, LLC., and that the following is a true and correct copy of the resolutions adopted by the Board of Directors of said corporation at a special meeting duly called and held on the ___22___ day of June, 2016 .

"Whereas, it is in the best interest of this corporation to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

Be It Therefore Resolved, that Moris Schlager, Managing Member of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter 11 voluntary bankruptcy case on behalf of the corporation; and

Be It Further Resolved, that Moris Schlager, Managing Member of this Corporation is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

Be It Further Resolved, that Moris Schlager, Managing Member of this Corporation is authorized and directed to employ Scott Alan Orth 436313, attorney and the law firm of Law Offices of Scott Alan Orth, P.A. to represent the corporation in such bankruptcy case."

Date   6-22-16 _____              Signed _____
                                                        Moris Schlager

Resolution of Board of Directors
of
**BSD of Miami Gardens, LLC.**

Whereas, it is in the best interest of this corporation to file a voluntary petition in the the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

Be It Therefore Resolved, that **Moris Schlager, Managing Member** of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter 11 voluntary bankruptcy case on behalf of the corporation; and

Be It Further Resolved, that **Moris Schlager, Managing Member** of this Corporation is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

Be It Further Resolved, that **Moris Schlager, Managing Member** of this Corporation is authorized and directed to employ **Scott Alan Orth 436313**, attorney and the law firm of **Law Offices of Scott Alan Orth, P.A.** to represent the corporation in such bankruptcy case.

Date    6-22-16             Signed

Date                               Signed