## United States Bankruptcy Court
### Southern District of Florida

In re   BSD of Miami Gardens, LLC.                                            Case No. _____
                                        Debtor(s)                              Chapter    **11**

# STATEMENT REGARDING AUTHORITY TO SIGN AND FILE PETITION

I, Moris Schlager, declare under penalty of perjury that I am the Managing Member of BSD of Miami Gardens, LLC., and that the following is a true and correct copy of the resolutions adopted by the Board of Directors of said corporation at a special meeting duly called and held on the __22__ day of June, 2016.

"Whereas, it is in the best interest of this corporation to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

Be It Therefore Resolved, that Moris Schlager, Managing Member of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter 11 voluntary bankruptcy case on behalf of the corporation; and

Be It Further Resolved, that Moris Schlager, Managing Member of this Corporation is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

Be It Further Resolved, that Moris Schlager, Managing Member of this Corporation is authorized and directed to employ Scott Alan Orth 436313, attorney and the law firm of Law Offices of Scott Alan Orth, P.A. to represent the corporation in such bankruptcy case."

Date   6-22-16                                    Signed   _____
                                                                    Moris Schlager

Resolution of Board of Directors
of
BSD of Miami Gardens, LLC.

Whereas, it is in the best interest of this corporation to file a voluntary petition in the the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

Be It Therefore Resolved, that **Moris Schlager, Managing Member** of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter 11 voluntary bankruptcy case on behalf of the corporation; and

Be It Further Resolved, that **Moris Schlager, Managing Member** of this Corporation is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

Be It Further Resolved, that **Moris Schlager, Managing Member** of this Corporation is authorized and directed to employ **Scott Alan Orth 436313**, attorney and the law firm of **Law Offices of Scott Alan Orth, P.A.** to represent the corporation in such bankruptcy case.

Date    6-22-16                    Signed    _[signature]_

Date    _____            Signed    _____